# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0638
LT Case Nos. 16-2010-CF-7903-A
16-2010-CF-8109-A
16-2010-CF-8110-A

_____

TERRY A. ADKISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

January 6, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————